**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JAKOB WAYNE COMMADORE SMITH**                                    **PLAINTIFF**

**v.**                                      **Case No. 3:23-cv-00046-KGB**

**HIPPS, Officer,**
**Mississippi County Detention Center,** *et al.*                        **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 5).  Plaintiff Jakob Wayne Commadore Smith has not filed any objections, and the time to file objections has passed.  Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*).  The Court dismisses without prejudice Mr. Smith's complaint for failure to state a claim upon which relief may be granted (Dkt. No. 5).  This dismissal constitutes a "strike" within the meaning of the Prison Litigation Reform Act.  *See* 28 U.S.C. § 1915(g).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

It is so ordered this the 17th day of August, 2023.

Kristine G. Baker
United States District Judge