# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JAKOB WAYNE COMMADORE SMITH**                                      **PLAINTIFF**

v.                              Case No. 3:23-cv-00046-KGB

**HIPPS, Officer,**
**Mississippi County Detention Center,** *et al.*                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Jakob Wayne Commadore Smith's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. This dismissal constitutes a "strike" within the meaning of the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915(g). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this the 17th day of August, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge